PROB 35            **ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:01CR05317-02** |
| ) | |
| **DUSTIN W. MILLER** ) | |
| ) | |

On September 18, 2006, the above-named was placed on Supervised Release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Julie R. Martin

**JULIE R. MARTIN**
**United States Probation Officer**

Dated:     March 16, 2009
            Bakersfield, California
            JRM:dk

                **/s/ Thomas A. Burgess**
**REVIEWED BY:**
                **THOMAS A. BURGESS**
                **Supervising United States Probation Officer**

**Re: Dustin W. MILLER**
    **Docket Number: 1:01CR05317-02 OWW**
    **ORDER TERMINATING SUPERVISED RELEASE**
    **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.
IT IS SO ORDERED.

**Dated:** **March 18, 2009**        **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE